1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  WILLIAM O. ROBINSON,                1:05-cv-01548-OWW-LJO-P

12            Plaintiff,           **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATIONS** (Doc. 11)
13  vs.
                                   **ORDER DISMISSING ACTION, WITH
14  WARDEN A.K. SCRIBNER,          PREJUDICE, FOR FAILURE TO
                                   STATE A CLAIM** (Doc. 10)
15            Defendant.
                                   **ORDER THAT DISMISSAL SHALL
16                                 COUNT AS A STRIKE UNDER 28
                                   U.S.C. § 1915(G)**
17  _____/

18

19
         Plaintiff William O. Robinson ("plaintiff"), a state prisoner
20
    proceeding pro se and in forma pauperis, has filed this civil
21
    rights action seeking relief under 42 U.S.C. § 1983.  The matter
22
    was referred to a United States Magistrate Judge pursuant to 28
23
    U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
24
         On June 28, 2006, the Magistrate Judge filed a Findings and
25
    Recommendations herein which was served on plaintiff and which
26
    contained notice to plaintiff that any objection to the Findings
27
    and Recommendations was to be filed within thirty days.  On July
28

                                    1

1   26, 2006, the court granted plaintiff an additional thirty days

2   within which to file an objection.  To date, plaintiff has not

3   filed any objection to the Magistrate Judge's Findings and

4   Recommendations.

5        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)

6   and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of

7   this case.  Having carefully reviewed the entire file, the Court

8   finds the Findings and Recommendations to be supported by the

9   record and by proper analysis.

10       Accordingly, IT IS HEREBY ORDERED that:

11       1.   The Findings and Recommendations, filed June 28, 2006, is

12            ADOPTED IN FULL;

13       2.   This action is DISMISSED, with prejudice, for plaintiff's

14            failure to state a claim upon which relief may be granted

15            under section 1983; and

16       3.   This dismissal shall count as a strike pursuant to 28

17            U.S.C. § 1915(g).

18

19   IT IS SO ORDERED.

20   **Dated:   September 16, 2006**            **/s/ Oliver W. Wanger**
     emm0d6                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2